DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PABLO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0231 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| v. | ) | |
| | ) | Date:  September 5, 2008 |
| PABLO SANCHEZ, | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the status conference in the above-captioned matter now set for August 8, 2008, **may be**

**continued to September 5, 2008, at 10:00 A.M.**

This continuance is sought at the request of counsel for defendant due to the unavailability of

counsel and will conserve time and resources for both parties and the court.

///

///

////

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for effective defense

3    preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

4                                                            McGREGOR M. SCOTT
                                                             United States Attorney
5

6    DATED:  August 5, 2008                 By:    /s/ Kimberly Sanchez
                                                             KIMBERLY SANCHEZ
7                                                            Assistant United States Attorney
                                                             Attorney for Plaintiff
8

9                                                            DANIEL J. BRODERICK
                                                             Federal Defender
10

11   DATED:  August 5, 2008                 By:    /s/  Ann H. Voris
                                                             ANN H. VORIS
12                                                           Assistant Federal Defender
                                                             Attorney for Defendant
13                                                           PABLO SANCHEZ

14

15

16

17                              **O R D E R**

18       **The request pursuant to stipulation is granted.**  Time is excluded pursuant to  18 U.S.C.  §§

19   3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

20

21

22

23    IT IS SO ORDERED.

24   **Dated:    August 5, 2008**              __/s/ Lawrence J. O'Neill__
                                                             UNITED STATES DISTRICT JUDGE
25

26

27

28