DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PABLO SANCHEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>PABLO SANCHEZ, )<br>)<br>Defendant. )<br>)<br>_____ ) | NO. 1:08-cr-0231 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER<br><br>Date:  November 21, 2008<br>Time:  8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 31, 2008, **may be continued to November 21, 2008 at 8:30 A.M.**

This continuance is at the request of counsel for defendant to permit  completion of defense investigation and plea negotiations between the parties. This continuance will conserve time and resources for both parties and the court.

///

///

////

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: October 23, 2008        By:   /s/ Kimberly Sanchez
                                     KIMBERLY SANCHEZ
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     DANIEL J. BRODERICK
                                     Federal Defender

DATED: October 23, 2008        By:   /s/  Ann H. Voris
                                     ANN H. VORIS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     PABLO SANCHEZ


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to  18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:     October 23, 2008**            /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE